## THE ETOWAH MANUFACTURING AND MINING COMPANY *vs.* DOBBINS & COMPANY *et al.*

1. The harsh remedy of injunction will only be granted when necessary to protect some right or interest of the party complaining which would otherwise be seriously injured or impaired. High on Inj., §§9, 10 and citations.
2. If a suit be proceeding without service, no legal judgment can be rendered, and injunction is not necessary against it.
3. That an agent without authority made promissory notes for his principal and the holder took them with notice of such want of authority, can be urged in defence to an action on the notes without an injunction to stay the suit.
4. If promissory notes have been discharged by substituting another note in their place, this does not require an injunction to restrain a suit on such notes.

CRAWFORD, Justice.

---

## BAILEY *et al. vs.* BAILEY *et al.*

The principal involved in this case is covered by the ruling in *Bailey et al. vs. Ross, administrator, et al.*, decided at the February term, 1881, of this court (pam. page 15.) Under that decision the cross bill in this case was without equity, and should have been dismissed.

SPEER, Justice.

---

## MCAFEE *vs.* THE STATE OF GEORGIA.

68 823
Case 3
f114 47

Possession of stolen goods shortly after the commission of a larceny, if unexplained and unaccounted for, will furnish a basis for a verdict of guilty against the person so found in possession. The nearer the possession to the time of the larceny, the stronger will be the inference of guilt ; and the question of the result of the lapse of time is for the jury. 1 Gr. Ev., §§31, 34 ; Ros. Cr. Ev., 19 (Ed. 1874 ;] 53 *Ga.*, 143 ; 58 *Ib.*, 602.

SPEER, Justice.